# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA
# THIRD DIVISION

MICHAEL HUGH KELLY,        CASE FILE 09 CV 461 JRT/JSM

       Plaintiff,

vs.

OFFICER LUCAS PETERSON, BADGE #5630,
in his individual capacity as a Minneapolis Police Officer,

AND
CITY OF MINNEAPOLIS,
A government entity and political subdivision
of the state of Minnesota,

       Defendants.

## PLAINTIFF'S MOTIONS IN LIMINE

Plaintiff Michael Hugh Kelly respectfully makes the following motions *in limine:*

1. To exclude evidence that the 4 September 2008 permit is "unlawful" at the moment Officer Peterson shoots Mr. Kelly.  Grounds: Fed. R. Civ. P. 401 and 403 (prejudice outweighing probative value, where the only issue before the jury is the reasonableness of the force used by Officer Peterson on Mr. Kelly under the circumstances at that moment, Mr. Kelly's conduct, whether other officers acted preemptively, whether Mr. Kelly acted defensively.

2. To exclude evidence of any misdemeanor prosecutions of Mr. Kelly, or felony prosecutions not relating to honesty. Grounds: Fed. R. Civ. P. 401, 403, 608, and 609

(prejudice outweighing probative value, where the only issue before the jury is the reasonableness of the force used by Officer Peterson on Mr. Kelly under the circumstances at that moment, Mr. Kelly's conduct, whether other officers acted preemptively, whether Mr. Kelly acted defensively.

23 MAY 2011             Respectfully submitted:

TED DOOLEY LAW OFFICE, LLC
/s/Ted Dooley

_____
Ted Dooley, MN Att'y #189583
Attorney for plaintiff
1595 Selby Avenue, Suite 100
Saint Paul, MN 55104
651.292.1515/FAX 651.292.0415
teddooley@winternet.com

PETER J. NICKITAS LAW OFFICE, LLC

/s/ *Peter J. Nickitas*

_____
Peter J. Nickitas, MN Att'y #212313
Co-counsel for plaintiff
431 S. 7th St., Suite 2446
P.O. Box 15221
Minneapolis, MN 55415-0221
651.238.3445/FAX 1.888.389.7890
peterjnickitaslawllc@gmail.com,
peterjnickitas@me.com